THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES S. HOROWITZ, Appellant.

(Submitted September 27, 1915; decided October 5, 1915.)

Motion for re-argument denied.   (See 215 N. Y. 736.)